UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO MENDOZA CHAVEZ,<br><br>Plaintiff,<br><br>v.<br><br>KINGS COUNTY, et al.,<br><br>Defendants. | Case No. 1:20-cv-00471-SKO (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING PAYMENT OF INMATE FILING FEE BY KINGS COUNTY JAIL<br><br>(Doc. 2) |

Plaintiff has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. section 1915. (Doc. 2) Plaintiff has made the showing required by section 1915(a); and, therefore, his request will be granted. Notwithstanding his *in forma pauperis* status, Plaintiff is obligated to pay the statutory filing fee of $350 for this action. 28 U.S.C. § 1915(b)(1).

Accordingly, the Court ORDERS:

1. Plaintiff's application to proceed *in forma pauperis* (Doc. 2) is GRANTED;
2. **The Kings County Sheriff or his designee shall collect payments from Plaintiff's inmate trust account in an amount equal to twenty percent of the preceding month's income credited to the account, and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10, in accordance with 28 U.S.C. section 1915(b)(2), until a total of $350 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly**

1 **identified by the name and number assigned to this action.**

2 3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Kings County Sheriff at P.O. Box 1699, Hanford, CA 93230.

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

IT IS SO ORDERED.

Dated: **April 6, 2020** /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE